■ JEROME S. BERG, Appellant, v KENNETH I. WILPON et al., Respondents. [707 NYS2d 861] —In an action to recover a finder's fee in connection with the leasing of certain real property, the plaintiff appeals from a judgment of the Supreme Court, Richmond County (Ponterio, J.), dated February 1, 2000, which, after a nonjury trial, is in favor of the defendants and against him dismissing the complaint. The plaintiff's notice of appeal from a decision of the same court dated May 3, 1999, is deemed a premature notice of appeal from the judgment (*see,* CPLR 5520 [c]).

Ordered that the judgment is affirmed, with costs.

The Supreme Court properly determined that the subject real property was a dominant feature of the transaction at issue. The plaintiff, who did not have a real estate broker's license, was therefore barred from collecting a fee for his endeavors, which were in the nature of brokerage services (*see,*

Real Property Law § 440 [1], [3]; §§ 442-a, 442-d; *G.C. Fortune Mgt. Co. v Stockade Mobile Home Park,* 246 AD2d 739; *Eaton Assocs. v Highland Broadcasting Corp.,* 81 AD2d 603; *Sorice v DuBois,* 25 AD2d 521). O'Brien, J. P., Friedmann, Florio and Schmidt, JJ., concur. [*See,* 180 Misc 2d 956.]